Kelly H. Macfarlane, 5213
KELLY H. MACFARLANE, PLLC.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 364-3724
Facsimile: (801) 323-9037
Email: Kelly@macfarlanelegalworks.com
*Attorneys for plaintiffs*

## IN THE UNITED STATES DISTRIC COURT
### DISTRICT OF UTAH (NORTHERN)

| | |
|---|---|
| JEFF C. TINGEY AND SAMANTHA MOORE, INDIVIDUALLY AND AS HEIRS OF LEAH JAN TINGEY, AND NYALS BODINE AND JAY BODINE AS AN HEIR OF NYALS BODINE, <br> PLAINTIFFS <br><br> vs. <br><br> NISSAN NORTH AMERICA INC. AND <br><br> NISSAN MOTOR CO. LTD. <br><br> DEFENDANTS. | RULE 41 NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE <br><br> Case No. 1:18-cv-00093 <br><br> Magistrate Brook C. Wells |

Plaintiffs, by and through their attorney, Kelly H. Macfarlane of Kelly H. Macfarlane, PLLC and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure hereby gives notice of the dismissal of this action without prejudice.

Dated this 29th day of August, 2018.

                                                KELLY H. MACFARLANE, PLLC.

                                                /s/ *Kelly H. Macfarlane*
                                                Kelly H. Macfarlane

                                                *Attorneys for Plaintiffs*

CERTIFICATE OF MAILING

A copy of the foregoing NOTICE OF RULE 41(a) DISMISAL WITHOUT PREJUDICE was mailed through the CMECF court filing system to the following on this 29th day of August, 2018:

**Tracy H. Fowler**
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER WEST
SALT LAKE CITY, UT 84101
(801) 257-1900
Email: tfowler@swlaw.com

**Gary K. Wilkinson**
SNELL & WILMER LLP
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER WEST
SALT LAKE CITY, UT 84101
(801)257-1900
Email: gwilkinson@swlaw.com

*Attorneys for Nissan North America, Inc.*